**FORM A**

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, **42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA



(Enter above the **FULL** name and inmate
number of the plaintiff or
plaintiffs in this action.)

Richard Lynn Wiseup

vs.

Urbandale Police Dept
F.b.i. Des moines / Omaha
Polk County Attorney office
Polk County Jail Admin / medical

**COMPLAINT**

(Enter above the **FULL** name of each
defendant in this action.)

(**NOTE:** If there is more than one plaintiff, the information in parts I and II should be shown for EACH plaintiff by name, using a separate sheet of paper.)

I.  Previous Lawsuits:

   A) Have you begun other lawsuits is state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   ☐ Yes   ☒ No

   B) If your answer to A is "YES", please answer the questions 1 through 7. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same outline.)

   1.) Parties to this previous lawsuit:

      Plaintiffs:

      Defendants:

   2.) Court (If federal court, name the district; if state court, name the county.)  Polk County Des moines IA

4

3.) Docket Number:

4.) Name of Judge to whom case was assigned:

5.) Disposition, if known (for example: Was the case dismissed? Was it appealed? Is it still pending?)

6.) Approximate date of filing lawsuit:

7.) Approximate date of disposition:

II. Place of confinement:

A) Is there a prisoners grievance procedure in this institution? N/A at home currently Aquitted
   ☐ Yes  ☐ No

B) Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   ☒ Yes  ☐ No

C) If your answer is **Yes**,

   1.) What steps did you take? Filed greivances procedeur through Kites
   2.) What was the result? No result occurred

   If your answer was **No**, explain why not:

D) If there is no prison grievance procedure in the institution, did you complain to prison authorities?
   ☒ Yes  ☐ No

E) If your answer is **Yes**:

   1.) What steps did you take? followed procedeure for grievances
   2.) What was the result?

III. Parties

(In item **A** below, place your name in the first blank and place your present address in the second blank  Do the same for additional plaintiffs, if any.)

A) Name of Plaintiff: Richard Wisecup
   Address: 2729 Hubbell Ave. Desmoines IA 50317

B) Additional Plaintiffs:

5

(In item **C** below, place the full name of the defendant in the first blank, and his official position in the second blank, and his place of employment in the third blank. Use item **D** for the names, position, and places of employment of any additional defendants.)

C) Defendant: _State Government_ is employed as _County, Federal, Land Lord_ at _Officials / + Authorities_

D) Additional Defendants:

IV. Jurisdiction

This complaint is brought pursuant to 42 U.S.C., § 1983, and jurisdiction is based on 28 U.S.C. § 1343 (c). Plaintiffs(s) allege(s) that the defendant(s) acted under color of state law with regard to the facts stated in part V of this complaint.

V. **Statement of Claim**

(State here as briefly as possible the **FACTS** of your case. You **MUST** state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events. Attach an extra sheet if necessary and write the heading **PART V CONTINUED** at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.)

On June 7th 2018, I was charged and arrested for human trafficking, 3rd degree Sexual assault and possession of methamphedamine. Case FECR 317392 continue on page 2.

VI. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. **Do not cite cases or statutes.**) I want Justification with punitive damages - financial relief, Justification for defamation of character, + Medical pain and Suffering

VII. Statement regard Assistance in preparing this Complaint.

A) Did any person other than a named plaintiff in this action assist you in preparing this complaint?
☐ Yes  ☒ No

B) If your answer is **Yes**, name the person who assisted you.

C) Signature of person who helped prepare this complaint.

_[signature]_                                    _9-5-19_
(SIGNATURE)                                      (DATE)

VIII. **Signature(s) of Plaintiff(s)**

Signed this __5th__ day of __August__ 20__19__.

_Richard J Wiseup_
(Signature of Plaintiff)

Signatures of additional plaintiffs, if any:

Richard Lynn Wiseup

2729 Hubbell Ave

Des moines IA 50317

515 494-4770

5. Have you received within the past 12 months any money from a business, profession or other type of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity, life insurance, gifts, inheritances, court award or settlement, or other sources? ☒ Yes ☐ No
If YES, give the amount received and identify the sources: $ Social Security

6. What is the current balance in your prison account? $

7. Do you own cash, or do you have money in a checking or savings account, other than a prison account? ☐ Yes ☒ No If YES, state the current balance: $ ~~25.p~~ 0.00

8. Do you own any real estate, stocks, bonds, notes, vehicles, or other valuable property (you need not mention ordinary household and cell furnishings, such as radios, TV sets, stereo, books, etc., and personal clothing)? ☐ Yes ☒ No If YES, describe the property and state its approximate value:

I hereby authorize officials of the institution where I am incarcerated to release my financial records to the court. **My identification number at this institution is** .

I declare under penalty of perjury that I have read the foregoing and it is true, complete, and correct.

Signed this 6 day of Aug , 20 19

_____
(Signature of Plaintiff)

9

Continuation of Answers to questions on previous questionair

1A. Case # FECR317392 State IA vs. Richard Wisecup. Aquitted Oct. 5 2018 record expunged 6-6-2019

Cont- Answer V statement of claim. Urbandale police dept. on June 1st 2018 They were neglagent in the person (myself being arrested for this crime. This is Also the situation invdving the FBI. The FBI was the lead arresting department in this case, which resulted in the arrest of the wrong individual which being myself

Polk County attorney office for wrongfully filing charge and jailing me without further evidence.
Also County Jail administration for not following up with my grievances and kites. Also medical malepractice for not getting medical attention while inmate has pace maker

Continuation of Page 2 of Answers from previous Complaint form

Not administering nessasary prescribed medication for up to 45 days after arrest. Which resulted in medical complications with pacemaker.

Landlord- Ryan Winter Arbor Woods apts. Evicted while I was incarserated. without any notification. I was not even aware of until my release and returned to My residence. Resulting in all of of my belongings being lost and thrown away.
Burglary case # 18-26413/
Eviction case- SCSC 62205

To Whom It may concern

I was charged and arrested June 7 2018, for Human Trafficking, Sexual Assault 3rd degree, Possession of Meth.

On the 5th of October 2018 I was aquitted by Jury.

At that Time my Court Appointed Public Defender Darron Page told me that I have a suit against FBI Urbandale police, Polk County Atty. for Them Violating my Civil rights and for the lawyer and Judge committing ethics violations

I have trial information, minutes of testimony, and D.V.D of confession of Alleged victim with me if needed.

Richard J Lumpp